UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDREW B.,

      Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

      Defendant.

Case No. 25-cv-13300

Honorable Robert J. White

---

**ORDER ACCEPTING AND ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION, GRANTING THE
COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT,
DENYING PLAINTIFF'S CROSS-MOTION FOR SUMMARY
JUDGMENT, AND AFFIRMING THE COMMISSIONER'S DENIAL OF
SUPPLEMENTAL SECURITY INCOME BENEFITS**

---

Andrew B. commenced this action under the Social Security Act, 42 U.S.C. § 405(g), seeking judicial review of the Commissioner of Social Security's final decision denying his application for supplemental security income benefits.

Before the Court is Magistrate Judge Patricia T. Morris's May 20, 2026 report and recommendation. (ECF No. 17).  The report recommends that the Court (1) grant the Commissioner's motion for summary judgment, (2) deny Andrew B.'s cross-motion for summary judgment, and (3) affirm the Commissioner's final decision denying Andrew B.'s application for supplemental security income benefits. (ECF

Nos. 12, 15).  None of the parties objected to the report and recommendation pursuant to Fed. R. Civ. P. 72(b)(2).

The Court had an opportunity to fully review the matter and believes that the magistrate judge reached the correct conclusions for the appropriate reasons. Accordingly,

IT IS ORDERED that the magistrate judge's May 20, 2026 report and recommendation (ECF No. 17) is hereby accepted and adopted.

IT IS FURTHER ORDERED that the Commissioner's motion for summary judgment (ECF No. 15) is granted.

IT IS FURTHER ORDERED that Andrew B.'s cross-motion for summary judgment (ECF No. 12) is denied.

IT IS FURTHER ORDERED that the Commissioner's final decision denying Andrew B.'s application for supplemental security income benefits is affirmed.

Dated: June 8, 2026                                  s/ Robert J. White_____
                                                     Robert J. White
                                                     United States District Judge

2